JOHN BANFIELD, Respondent, v. JACKSON RUMSEY, Executor of JOHN L. RUMSEY, Deceased, Appellant.

*Marriage — sufficient consideration for contract.*

A marriage contract between a male and female of proper age, and not under disability, affords a sufficient consideration to support an agreement made, or obligation incurred, on the faith of it.

APPEAL from a judgment entered in favor of the plaintiff upon the report of a referee; the reference having been had pursuant to a stipulation under the statute, on a claim against the estate of the defendant's testator, arising on two promissory notes given to one Emeline B. Rumsey, in consideration of her promise to marry the maker, which she afterward did. The notes were transferred after maturity to the plaintiff.

[*] 1 Greenl. Ev., § 34; Fish v. Skut, 21 Barb., 334; James v. Chalmers, 6 N.Y., 209
[†] Conn. Mut. L. Ins. Co. v. C. C. & C. R. R. Co., 41 Barb., 9, 22.

*King & Montgomery*, for the appellant.

*G. C. Carman*, for the respondent.

Opinion by JAMES, J.

Present—MILLER, P. J., and JAMES, J.

Judgment affirmed, with costs against the defendant personally.